**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1746**

MARTHA CARRASCAL,

                    Plaintiff - Appellant,

           v.

AMERICAN AIRLINES, INC.,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:22-cv-00825-LMB-JFA)

Submitted:  October 31, 2023                              Decided:  November 2, 2023

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Martha Carrascal, Appellant Pro Se.  Daniel E. Farrington, Lauren Genvert Goetzl, FISHER & PHILLIPS LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martha Carrascal appeals the district court's order dismissing her employment discrimination action as a sanction for failing to comply with her discovery obligations pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).  After reviewing the record, we conclude that the district court did not abuse its discretion in dismissing Carrascal's action.  *See Mey v. Phillips*, 71 F.4th 203, 217 (4th Cir. 2023) (stating standard).  Accordingly, we affirm the district court's judgment.  *Carrascal v. Am. Airlines, Inc.*, No. 1:22-cv-00825-LMB-JFA (E.D. Va. June 15, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*